CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 3 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bugft
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM ANTOINE. JASPER, ) <br> A.K.A. EDWARD A. JASPER, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R. BROWN, et al., ) <br> Defendants. ) | Civil Action No. 7:08cv00305 <br><br> **FINAL ORDER** <br><br> By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's complaint shall be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); plaintiff's motion to proceed in forma pauperis is **DENIED**; any other pending motions are **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of April, 2008.

/s/ Glen E. Conrad
United States District Judge